UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 11612
   ROSE ROLDAN
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-0675
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/15/06 and confirmed on 12/01/06.

2. The case was dismissed after confirmation, 10/03/2008.

3. The Debtor paid a total of $ 4275.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CITGO CITI | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES DATA CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE C | UNSECURED | 3505.06 | .00 | 492.41 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| THE LARAMAR GROUP | UNSECURED | 2070.00 | .00 | 290.79 |
| ISLAND NATIONAL GRP | UNSECURED | NOT FILED | .00 | .00 |
| JVDB ASSOC CONSUMER | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PRIMUS FINANCIAL SERVICE | UNSECURED | 14760.29 | .00 | 2073.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2396.72 | .00 | 336.70 |
| SKO BRENNER AMERICAN | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 1028.04 | .00 | 144.41 |

    Summary of disbursements:

---
| SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |

```
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED            .00          .00     23760.11         .00    23760.11
PRINCIPAL PAID                .00          .00      3337.86         .00     3337.86
INTEREST PAID                 .00          .00          .00         .00         .00
TOTAL PAID                    .00          .00      3337.86         .00     3337.86
```
The Debtor's attorney, DEVONA & ASSOC                    , was allowed $   1500.00
and was paid $     750.00   direct and $     750.00   through the plan.

The Trustee received $     187.14 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/16/09                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                                  PAGE   2
           CASE NO. 06 B 11612 ROSE ROLDAN